IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DEMARCO T. THOMAS,** :
**AIS 211109,**
 :
    Petitioner,
 :
vs.   CA 09-0047-CG-C
 :
**J.C. GILES,**
 :
    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the supplemental recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 1, 2009, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 20th day of July, 2009.

                /s/ Callie V. S. Granade
              **CHIEF UNITED STATES DISTRICT JUDGE**