IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCO T. THOMAS,** **AIS 211109,** | : |
| | : |
| Petitioner, | : |
| vs. | CA 09-0047-CG-C |
| | : |
| **J.C. GILES,** | : |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be denied based upon his failure to establish that his constitutional rights were violated.

**DONE and ORDERED** this 20th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE